SHEPPARD MULLIN RICHTER & HAMPTON LLP
P. CRAIG CARDON, Cal Bar No. 168646
BENJAMIN O. AIGBOBOH, Cal Bar No. 268531
ALYSSA SONES, Cal Bar No. 318359
CHLOE G. CHUNG, Cal Bar No. 341398
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:   310.228.3700
Facsimile:   310.228.3701
Email:       ccardon@sheppardmullin.com
             baigboboh@sheppardmullin.com
             asones@sheppardmullin.com
             cchung@sheppardmullin.com

*Attorneys for Defendant*
ASICS AMERICA CORPORATION

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CALCAGNO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASICS America Corporation, a California corporation, and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 3:24-cv-00048-JES-BGS<br><br>*Assigned to the Hon. James E. Simmons, Jr.*<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed:     December 7, 2023<br>Action Removed:   January 5, 2024<br>Trial Date:       None Set |

Defendant ASICS America Corporation ("Defendant") hereby notifies this Court that Defendant and Plaintiff Christina Calcagno ("Plaintiff") (together with Defendant, the "Parties") have reached a settlement in principal that would resolve all of Plaintiff's claims in this matter. Accordingly, Defendant respectfully requests that this Court vacate all pending dates and hearings and allow forty-five (45) days for the Parties to file a Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41.

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Dated: May 10, 2024    By    _____
                                            */s/ P. Craig Cardon*
                                        P. CRAIG CARDON
                                        BENJAMIN O. AIGBOBOH
                                        ALYSSA SONES
                                        CHLOE G. CHUNG

                                        *Attorneys for Defendant*
                                        ASICS AMERICA CORPORATION

PROOF OF SERVICE

**Calcagno v. ASICS America Corporation**
**3:24-cv-00048-JES-BGS**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of Los Angeles, State of California.  My business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, CA 90067.

On May 10, 2024, I served true copies of the following document(s) described as **NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

LYNCH CARPENTER LLP
Todd D. Carpenter (CA 234464)
todd@lcllp.com
Scott G. Braden (CA 305051)
Scott@lcllp.com
1234 Camino Del Mar
Del Mar, California 92014
Telephone: (619) 762-1900
Facsimile: (724) 656-1556

*Attorneys for Plaintiff*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 10, 2024, at Los Angeles, California.

/s/ Brenda Smith King
Brenda Smith King

-1-