**LYNCH CARPENTER, LLP**
Todd D. Carpenter (SBN 234464)
todd@lcllp.com
Scott G. Braden (SBN 305051)
scott@lcllp.com
1234 Camino del Mar
Del Mar, CA 92014
Tel:   619-762-1910
Fax:   724-656-1556

*Attorneys for Plaintiff and Proposed Class Counsel*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINA CALCAGNO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASICS America Corporation, a California Corporation, and DOES 1-50, inclusive,<br><br>Defendant. | Case No.: 3:24-cv-00048-JES-BGS<br><br>CLASS ACTION<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE THAT** the above-captioned action is voluntarily dismissed **WITH** prejudice by Plaintiff Christina Calcagno pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party shall bear its own fees and costs.

Dated: August 2, 2024             **LYNCH CARPENTER, LLP**

                                By:   */s/Todd D. Carpenter*
                                      Todd D. Carpenter (SBN 234464)
                                      todd@lcllp.com
                                      Scott G. Braden (SBN 305051)
                                      scott@lcllp.com
                                      1234 Camino del Mar
                                      Del Mar, CA 92014
                                      Tel:   619-762-1910
                                      Fax:   724-656-1556

                                *Attorneys for Plaintiff*